In the Matter of LEONARD LITTLE, Respondent, *v.* JOHN C. YOUNG, as Chief Building Inspector of the Town of Hempstead, Appellant.

Argued May 18, 1949; decided June 2, 1949.

**700**

*George R. Brennan* and *Palmer D. Farrington* for appellant.
*Ferdinand I. Haber* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.